IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC KENNEDY,**                                                                                              **PETITIONER**
**ADC #152210**

**v.**                    **Case No. 5:14-cv-00229-KGB-JTK**

**WENDY KELLEY, Director,**                                                    **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 20). There have been no objections, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects. Judgment shall be entered accordingly. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this the 7th day of July, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE