IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC KENNEDY,**  **PETITIONER**
**ADC #152210**

v.   Case No. 5:14-cv-00229-KGB-JTK

**WENDY KELLEY, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice. The Court shall not issue a certificate of appealability.

SO ADJUDGED this the 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE